UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 21, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

LUIS HERNANDEZ-GUZMAN,

Defendant.

Case No. 3:20-mj-00001 DMC-1

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release LUIS HERNANDEZ-GUZMAN Case No. 3:20-mj-00001 DMC-1 Charges 21 U.S.C. §§846, 841(a)(1) from custody for the following reasons:

_____ Release on Personal Recognizance

__X__ Bail Posted in the Sum of $ _____

__x__ Unsecured Appearance Bond $   $75,000.00

_____ Appearance Bond with 10% Deposit   $50,000 by Elizabeth Rosales Galvan

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond   $25,000 by Travis Hernandez

__X__ (Other): Pretrial Supervision conditions as stated on the record in open court.

Issued at Sacramento, California on January 21, 2020 at  2:19 pm

By: _____
Magistrate Judge Carolyn K. Delaney