1  The Law Office of Olaf W. Hedberg
   Olaf W. Hedberg, State Bar #151082
2  901 H St., Suite 301
   Sacramento, California 95814
3  (916) 447-1192 office
   ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>FERNANDA AYALA ZAMORA<br>LUIS HERNANDEZ-GUZMAN | Case Number:  20-CR-25 WBS<br><br>**STIPULATION AND ORDER**<br><br>Date: November 7, 2022<br>Time: 9:00 am<br>Judge: Hon. William B. Shubb |

Plaintiff United States of America, by and through its counsel of record, and the Defendants, by and through each counsel of record, hereby stipulate as follows:

1. Attorneys Hedberg and Sinha need additional time to review discovery and needs time to review it with their clients. Further, Attorney Hedberg is in ongoing discussions with the government about additional discovery requests on behalf of his client. This case was indicted on January 30, 2020 and since then the COVID-19 pandemic has caused delays in the defendant's case preparation.

1

2. By this stipulation, the parties now move to continue the status conference until February 27, 2023 at 9:00 am, and to exclude time between November 7, 2022, and February 27, 2023, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. The government has provided discovery associated with this case.

b. Counsel for the defendants desires time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for these matters and to discuss potential resolutions with their clients.

c. Counsel for the defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. In addition, on March 17, 2020, this Court issued General Order 611, which suspends all jury trials in the Eastern District of California scheduled to commence before May 1, 2020, which has been extended until further notice by General Order 618. These General Orders were entered to address public health concerns related to COVID-19. While these orders relate to the public health concerns cited by General Order 611 and presented by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt in this case because counsel have been encouraged to telework and minimize personal contact to the greatest extent possible. It will be difficult to avoid personal contact should the hearing proceed. In addition, the defendants have not filed waivers of personal appearance for status conferences under Rule 43, and therefore the Marshals and court security officers will need to be present to provide security for the hearing. This will increase potential exposure to COVID-19.

f. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from November 7, 2022, to February 27, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED

Dated: November 1, 2022

Respectfully submitted

| /s/ Olaf W. Hedberg | /s/James Conolly |
|---|---|
| Olaf W. Hedberg | James Conolly |
| Attorney for Fernanda Jasmin Ayala Zamora | Assistant United States Attorney |

/s/ Christina Sinha
Christina Sinha
Attorney for Luis Hernandez-Guzman

# ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the November 7, 2022 status conference be continued February 27, 2023 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendants' need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order until February 27, 2023.

IT IS SO ORDERED.

Dated: November 2, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE