HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
LUIS HERNANDEZ GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:20-CR-25-WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** ) **STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) Date: February 27, 2023 |
| LUIS HERNANDEZ GUZMAN & FERNANDA AYALA ZAMORA, | ) Time: 9:00 A.M. ) Judge: Hon. William B. Shubb |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney James Conolly, counsel for Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Hernandez Guzman; and Olaf W. Hedberg, counsel for Ms. Ayala Zamora, that the status conference, currently set for February 27, 2023, **may be continued to May 22, 2023 at 9:00 a.m., with a time exclusion under Local Code T-4 through and including that date.**

The parties specifically stipulate as follows:

1. By prior order, this matter was set for a status conference on February 27, 2023, with a time

exclusion. ECF No. 59.

2. Defense counsel for both defendants represent that they require additional time to continue their legal research; continue their investigation; continue discussions with the government related to requests for further discovery; prepare pretrial motions; investigate potential resolutions to the case; and otherwise prepare for trial. Both defense counsel believe that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. The government does not object to the continuance.

4. Therefore, all parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Hernandez Guzman and Ms. Ayala Zamora in a speedy trial, and respectfully request the Court so to find.

5. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (the Speedy Trial Act), all parties request that the time period between February 27, 2023 and May 22, 2023 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at both defense counsel's request, based on a finding that the ends of justice served by granting the continuance outweighs the best

interest of the public and Mr. Hernandez Guzman and Ms. Ayala Zamora in a speedy trial.

The parties therefore respectfully request this Court to adopt the parties' stipulation as its Order.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 22, 2023         */s/  Christina Sinha*
                                CHRISTINA SINHA
                                Assistant Federal Defender
                                Attorneys for Defendant
                                LUIS HERNANDEZ GUZMAN

Date: February 22, 2023         */s/  Olaf W. Hedberg*
                                OLAF W. HEDBERG
                                Attorney for Defendant
                                FERNANDA AYALA ZAMORA

Date: February 22, 2023         PHILLIP A. TALBERT
                                United States Attorney

                                */s/ James Conolly*
                                JAMES CONOLLY
                                Assistant United States Attorney
                                Attorneys for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: February 22, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE