The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>FERNANDA AYALA ZAMORA<br>LUIS HERNANDEZ-GUZMAN | Case Number:  20-CR-25 WBS<br><br>**STIPULATION AND ORDER**<br><br>Date: August 8, 2023<br>Time: 9:00 am<br>Judge: Hon. William B. Shubb |

      Plaintiff United States of America, by and through its counsel of record, and the Defendants, by and through each counsel of record, hereby stipulate as follows:

    1.    Attorneys Hedberg and Sinha are in the process of preparing suppression motions. To that end Attorney Hedberg has obtained funding for, and is working with a CHP procedures consultant. As such they need additional time to work with the consultant, continue their legal research; continue their investigation; continue discussions with the government related to requests for further discovery; potentially prepare motions; and otherwise prepare for the suppression motion. Both defense counsel believe that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

2. By this stipulation, the parties now move to continue the status conference until November 6, 2023 at 9:00 am, and to exclude time between, August 14, 2023 and November 6, 2023, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Hernandez Guzman and Ms. Ayala Zamora in a speedy trial.

4. Counsel for the defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government does not object to the continuance.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from August 14, 2023, to November 6, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED

Dated: August 8, 2023

Respectfully submitted

/s/ Olaf W. Hedberg                                             /s/James Conolly
Olaf W. Hedberg                                                 James Conolly
Attorney for Fernanda Jasmin Ayala Zamora          Assistant United States Attorney

/s/ Christina Sinha
Christina Sinha
Attorney for Luis Hernandez-Guzman

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the August 14, 2023 status conference be continued **November 6, 2023 at 9:00 a.m**. I find that the ends of justice warrant an exclusion of time and that the defendants' need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order until November 6, 2023.

IT IS SO ORDERED.

Dated:  August 8, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE