```
HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
LUIS HERNANDEZ GUZMAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS HERNANDEZ GUZMAN & FERNANDA AYALA ZAMORA,<br><br>Defendant. | Case No.  2:20-CR-25-WBS<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date:  November 6, 2023<br>Time:  9:00 A.M.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney James Conolly, counsel for Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Hernandez Guzman; and Olaf W. Hedberg, counsel for Ms. Ayala Zamora, that the status conference, currently set for November 06, 2023, **may be continued to December 18, 2023 at 9:00 a.m., with a time exclusion under Local Code T-4 through and including that date**.

The parties specifically stipulate as follows:

1. By prior order, this matter was set for a status conference on August 09, 2023, with a time exclusion.

Stipulation and Order to Continue Status Conference and Exclude Time

-1-

*United States v. Hernandez Guzman & Ayala Zamora,*
20-CR-25-WBS

      ECF No. 67.  At the time, counsel for Mr. Hernandez-Guzman was set to commence trial in another case on October 23, 2023.  Since then, the other Court has continued that trial by one week due to another trial taking longer than anticipated, such that counsel for Mr. Hernandez Guzman will still be in trial on November 06, 20232, the currently-set date in this matter.

2.    Defense counsel for both defendants represent that they require additional time to continue their legal research; continue their investigation; continue discussions with the government related to requests for further discovery; prepare pretrial motions; investigate potential resolutions to the case; and otherwise prepare for trial.  Both defense counsel believe that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Counsel for Mr. Hernandez Guzman also specifically requests the continuance due to her trial schedule.

3.    The government does not object to the continuance.

4.    Therefore, all parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Hernandez Guzman and Ms. Ayala Zamora in a speedy trial, and respectfully request the Court so to find.

5. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (the Speedy Trial Act), all parties request that the time period between November 06, 2023 and December 18, 2023 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at both defense counsel's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Hernandez Guzman and Ms. Ayala Zamora in a speedy trial.

The parties therefore respectfully request this Court to adopt the parties' stipulation as its Order.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 26, 2023        /s/  Christina Sinha
                              CHRISTINA SINHA
                              Assistant Federal Defender
                              Attorneys for Defendant
                              LUIS HERNANDEZ GUZMAN

Date: October 26, 2023        /s/  Olaf W. Hedberg
                              OLAF W. HEDBERG
                              Attorney for Defendant
                              FERNANDA AYALA ZAMORA

Date: October 26, 2023        PHILLIP A. TALBERT
                              United States Attorney

                              /s/ James Conolly
                              JAMES CONOLLY
                              Assistant United States Attorney
                              Attorneys for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: October 27, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE