```
HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
LUIS HERNANDEZ GUZMAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:20-CR-25-WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET MOTION SCHEDULE** |
| vs. | ) |
| LUIS HERNANDEZ GUZMAN & FERNANDA AYALA ZAMORA, | ) Date: December 18, 2023 |
|  | ) Time: 9:00 A.M. |
| Defendant. | ) Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney James Conolly, counsel for Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Hernandez Guzman; and Olaf W. Hedberg, counsel for Ms. Ayala Zamora, that the status conference, currently set for December 18, 2023, **may be vacated and that the below-detailed motion schedule may be set.**

The parties specifically stipulate as follows:

1. By prior order, this matter was set for a status conference on December 18, 2023, with a time exclusion due to Mr. Hernandez Guzman's counsel's trial

schedule. ECF No. 72.

2. Defense counsel for Mr. Hernandez Guzman and government counsel were set to commence another trial in a separate matter in January 2024. On December 07, 2023, that trial resolved and was taken off calendar. After both defense counsel and government's counsel conferred, the three parties have agreed to the following motion schedule in this matter:

- Joint defense motion to suppress shall be filed on or before **January 02, 2024;**
- Government opposition shall be filed on or before **January 16, 2024;**
- Defense reply shall be filed on or before **January 22, 2024;** and
- The hearing on the motion to suppress shall be held on **January 29, 2024 at 9:00 a.m.**

3. Defense counsel for both defendants represent that they require additional time to continue their legal research; continue their investigation; continue discussions with the government related to requests for further discovery; and prepare their joint motion to suppress. Both defense counsel believe that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Therefore, a time exclusion under Local Code T-4 is appropriate. Defense counsel also notes

      that once the defense motion is filed, the time between the filing date and the motion's disposition will also be automatically excluded under Local Code E.

4. The government does not object to the continuance. Upon the motion's resolution by the Court, the parties will be prepared to promptly resolve this matter or set it for trial.

5. Therefore, all parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Hernandez Guzman and Ms. Ayala Zamora in a speedy trial, and respectfully request the Court so to find.

6. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (the Speedy Trial Act), all parties request that the time period between December 18, 2023 and January 29, 2024 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at both defense counsel's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Hernandez Guzman and Ms. Ayala Zamora in a speedy trial.

The parties therefore respectfully request this Court to adopt the parties' stipulation as its Order.

(The remainder of this page is intentionally blank; signature

blocks immediately follow.)

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 7, 2023          */s/  Christina Sinha*
                                CHRISTINA SINHA
                                Assistant Federal Defender
                                Attorneys for Defendant
                                LUIS HERNANDEZ GUZMAN

Date: December 7, 2023          */s/  Olaf W. Hedberg*
                                OLAF W. HEDBERG
                                Attorney for Defendant
                                FERNANDA AYALA ZAMORA

Date: December 7, 2023          PHILLIP A. TALBERT
                                United States Attorney

                                */s/ James Conolly*
                                JAMES CONOLLY
                                Assistant United States Attorney
                                Attorneys for Plaintiff

# ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: December 8, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE