HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
LUIS HERNANDEZ GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LUIS HERNANDEZ GUZMAN & FERNANDA AYALA ZAMORA, <br><br> Defendants. | Case No.  2:20-CR-25-WBS <br><br> **STIPULATION AND ORDER TO MODIFY MOTION SCHEDULE AND HEARING DATE** <br><br> Date: January 29, 2024 <br> Time: 9:00 A.M. <br> Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney James Conolly, counsel for Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Hernandez Guzman; and Olaf W. Hedberg, counsel for Ms. Ayala Zamora, that the filing schedule and hearing date regarding the motion to suppress may be modified as detailed below.

The parties specifically stipulate as follows:

1. By prior order, the following schedule was set regarding the motion to suppress, which the two defendants, through counsel, filed jointly:

- Joint motion to suppress: due January 02, 2024;
- Government's opposition: due January 16, 2024;
- Defense reply/replies: due January 22, 2024; and
- Hearing on motion: set for January 29, 2024 at 9:30 a.m.

See ECF No. 76.

2. The defense filed their joint motion to suppress on January 02, 2024. ECF No. 77.

3. The government has requested additional time to file their opposition. Neither defense counsel (nor their clients) oppose this request.

4. Accordingly, all parties in this matter respectfully request the Court to modify the filing and hearing dates as follows:

    - Government opposition shall be filed on or before **January 25, 2024;**
    - Defense reply shall be filed on or before **February 05, 2024;** and
    - The hearing on the motion to suppress shall be held on **February 12, 2024 at 9:00 a.m.**

5. In addition to other time exclusions which have previously been ordered, the defense's January 02, 2024 filing triggered an automatic time exclusion under 18 U.S.C. § 3161(h)(1)(D) as to both defendants, which automatically excludes time resulting from a "delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the

hearing on, or other prompt disposition of, such motion." Accordingly, the parties are not seeking a further exclusion of time at this juncture.

The parties therefore respectfully request this Court to adopt the parties' stipulation as its Order.

```
                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: January 16, 2024                  /s/  Christina Sinha
                                        CHRISTINA SINHA
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        LUIS HERNANDEZ GUZMAN

Date: January 16, 2024                  /s/  Olaf W. Hedberg
                                        OLAF W. HEDBERG
                                        Attorney for Defendant
                                        FERNANDA AYALA ZAMORA



Date: January 16, 2024                  PHILLIP A. TALBERT
                                        United States Attorney

                                        /s/ James Conolly
                                        JAMES CONOLLY
                                        Assistant United States Attorney
                                        Attorneys for Plaintiff
```

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

Accordingly, the filing and hearing dates on the motion to suppress (filed at ECF No. 77) is modified as follows:

- Government opposition shall be filed on or before **January 25, 2024;**
- Defense reply/replies shall be filed on or before **February 05, 2024;** and
- The hearing on the motion to suppress shall be held on **February 12, 2024 at 9:00 a.m.**

IT IS SO ORDERED.

Dated: January 19, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE