HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
LUIS HERNANDEZ-GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:20-CR-25-01 WBS |
|---|---|
| Plaintiff, | ) **ORDER** |
| vs. | ) Judge: Hon. William B. Shubb |
| LUIS HERNANDEZ-GUZMAN, | ) |
| Defendant. | ) |

GOOD CAUSE APPEARNING, **IT IS HEREBY ORDERED** that the Defendant Luis Hernandez-Guzman's appearance may be waived at future hearings as specified in the defendant's request, unless the Court orders otherwise.

IT IS SO ORDERED.

Dated:  February 13, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE