HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
LUIS HERNANDEZ GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:20-CR-25-WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE EVIDENTIARY HEARING** |
| vs. | ) Date: March 7, 2024 |
| LUIS HERNANDEZ GUZMAN & FERNANDA AYALA ZAMORA, | ) Time: 9:00 A.M. ) Judge: Hon. William B. Shubb |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney James Conolly, counsel for Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Hernandez Guzman; and Olaf W. Hedberg, counsel for Ms. Ayala Zamora, that the evidentiary hearing on the joint defense motion to suppress, currently set for March 07, 2024, **may be continued to April 24, 2024 at 9:00 a.m.**

The parties are requesting this date based on witness availability and counsel scheduling. The parties estimate the hearing will take three hours.

/

The parties therefore respectfully request this Court to adopt the parties' stipulation as its Order.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 21, 2024         */s/  Christina Sinha*
                                CHRISTINA SINHA
                                Assistant Federal Defender
                                Attorneys for Defendant
                                LUIS HERNANDEZ GUZMAN

Date: February 21, 2024         */s/  Olaf W. Hedberg*
                                OLAF W. HEDBERG
                                Attorney for Defendant
                                FERNANDA AYALA ZAMORA


Date: February 21, 2024         PHILLIP A. TALBERT
                                United States Attorney

                                */s/ James Conolly*
                                JAMES CONOLLY
                                Assistant United States Attorney
                                Attorneys for Plaintiff

# ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. IT IS SO ORDERED.

Dated: February 22, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE