PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-25-WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR SUPPLEMENTAL BRIEFING RE DEFENDANTS' JOINT MOTION TO SUPPRESS; ORDER |
| v. | |
| LUIS HERNANDEZ GUZMAN, FERNANDA AYALA ZAMORA, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendants, by and through their respective counsel of record, hereby stipulate as follows:

1. At the February 12, 2024 hearing on defendants' Joint Motion to Suppress, the Court ordered supplemental briefing on the matter of consent to search a vehicle, with defendants' supplemental brief due on February 19, 2024, and the government's responsive brief due on February 26, 2024. ECF No. 83.

2. The Court set the evidentiary hearing for the defendants' motion on April 24, 2024. ECF No. 88.

3. Counsel for the government has required additional time to research and complete its response to the defendants' supplemental brief, which was filed on February 19. ECF No. 86. As a result, the government requests an additional two days to file its brief and requests that the Court accept

it as timely if filed on or before February 28, 2024.

4. The government contacted counsel for both defendants who have indicated that they do not object to the government's being granted two additional days to file its brief.

5. Accordingly, by this stipulation, the parties jointly request that the Court re-set the remaining schedule and order that the government's response to the defendants' Supplemental Brief In Support of Joint Motion to Suppress shall be filed on or before February 28, 2024.

IT IS SO STIPULATED,

Dated: February 27, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Dated: February 27, 2024

/s/ CHRISTINA SINHA
CHRISTINA SINHA
Assistant Federal Defender
Counsel for Defendant
LUIS HERNANDEZ GUZMAN

Dated: February 27, 2024

/s/ OLAF HEDBERG
OLAF HEDBERG
Counsel for Defendant
FERNANDA AYALA-ZAMORA

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the supplemental briefing regarding defendants' motion to suppress: The government's response to the defendants' Supplemental Brief In Support of Joint Motion to Suppress shall be filed on or before February 28, 2024.

IT IS SO FOUND AND ORDERED.

Dated: February 28, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE