PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>LUIS HERNANDEZ-GUZMAN<br>FERNANDA JAZMIN AYALA-ZAMORA,<br><br>          Defendants. | CASE NO.  2:20-CR-25-WBS<br><br>STIPULATION TO CONTINUE EVIDENTIARY HEARING; ORDER<br><br>DATE: April 24, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1. By previous order, this matter was set for an evidentiary hearing on the defendants' joint motion to suppress, to occur on April 24, 2024.  ECF No. 88.

2. By this stipulation, United States Attorney Phillip A. Talbert, through Assistant United States Attorney James Conolly, counsel for Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Hernandez Guzman; and Olaf W. Hedberg, counsel for Ms. Ayala Zamora, request that the evidentiary hearing, currently set for April 24, 2024, be continued to **August 13, 2024, at 9:00 a.m.**

3. The parties have requested this continuance due to witness availability and the aggregate schedules of counsel on this matter, having met and conferred to establish a date that is practicable for the parties and the Court.

4. The parties estimate that the hearing will take approximately three hours.

5. The parties respectfully request this Court to adopt the parties' stipulation as its Order.

IT IS SO STIPULATED.

Dated: April 17, 2024

PHILLIP A. TALBERT
Acting United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Dated: April 17, 2024

/s/ CHRISTINA SINHA
CHRISTINA SINHA
Assistant Federal Defender
Counsel for Defendant
LUIS HERNANDEZ-GUZMAN

Dated: April 18, 2024

/s/ OLAF HEDBERG
OLAF HEDBERG
Counsel for Defendant
FERNANDA JASMIN AYALA-ZAMORA

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: April 18, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE