PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>LUIS HERNANDEZ-GUZMAN<br>FERNANDA JAZMIN AYALA-ZAMORA,<br><br>Defendants. | CASE NO. 2:20-CR-25-DJC<br><br>STIPULATION TO CONTINUE EVIDENTIARY HEARING; ORDER<br><br>DATE: August 13, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

1. By previous order, the evidentiary hearing on the defendants' joint motion to suppress in this matter was continued to August 13, 2024. ECF No. 96.

2. By further order of the Court, the case and all future proceedings were reassigned from U.S. District Judge William B. Shubb to U.S. District Judge Daniel J. Calabretta. ECF No. 97.

3. After conferring with each other, and consulting with the Court, the parties have agreed to reschedule the evidentiary hearing.

4. By this stipulation, United States Attorney Phillip A. Talbert, through Assistant United States Attorney James Conolly, counsel for Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Hernandez-Guzman; and Olaf W. Hedberg, counsel for Ms. Ayala-Zamora, request that the evidentiary hearing, that had been set for August 13, 2024, be continued to September 26, 2024, at 1:30 p.m.

5. The parties have requested this continuance due to the aggregate schedules of counsel on

this case, having met and conferred to establish a date that is practicable for the parties and the Court.

6. The parties estimate that the hearing will take approximately three hours.

7. The parties respectfully request this Court to adopt the parties' stipulation as its Order.

IT IS SO STIPULATED.

Dated:  August 23, 2024                          PHILLIP A. TALBERT
                                                 Acting United States Attorney

                                                 /s/ JAMES R. CONOLLY
                                                 JAMES R. CONOLLY
                                                 Assistant United States Attorney

Dated:  August 23, 2024                          /s/ CHRISTINA SINHA
                                                 CHRISTINA SINHA
                                                 Assistant Federal Defender
                                                 Counsel for Defendant
                                                 LUIS HERNANDEZ-GUZMAN

Dated:  August 23, 2024                          /s/ OLAF HEDBERG
                                                 OLAF HEDBERG
                                                 Counsel for Defendant
                                                 FERNANDA JASMIN AYALA-ZAMORA

## ORDER

IT IS SO FOUND AND ORDERED this 23rd day of August, 2024.

                                                 /s/ Daniel J. Calabretta
                                                 THE HONORABLE DANIEL J. CALABRETTA
                                                 UNITED STATES DISTRICT JUDGE