PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>LUIS HERNANDEZ-GUZMAN and<br>FERNANDA AYALA-ZAMORA,<br><br>Defendants. | CASE NO. 2:20-CR-25-DJC<br><br>ORDER GRANTING MOTION FOR EXTENTION OF TIME |

On October 31, 2024, the United States filed an unopposed motion for an extension of time to file its response to Defendants' Joint Summation In Support of Motion to Suppress.

Finding good cause therefore, the Court ORDERS that the government's request for an extension of time, until November 1, 2024, to file its response, is GRANTED.

Dated: November 1, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE