HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
LUIS HERNANDEZ GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:20-cr-00025-DJC |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER TO SET STATUS CONFERENCE AND EXCLUDE TIME** |
| LUIS HERNANDEZ GUZMAN & FERNANDA AYALA ZAMORA, | ) Date: December 18, 2023<br>) Time: 9:00 A.M.<br>) Judge: Hon. Daniel J. Calabretta |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney James Conolly, counsel for Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Hernandez Guzman; and Olaf W. Hedberg, counsel for Ms. Ayala Zamora, that the Court may set a status conference on **February 13, 2025 at 9:00 a.m.** and **exclude time**, as detailed below.

The parties specifically stipulate as follows:

1. The defendants, through counsel, filed a joint motion to suppress, which was fully submitted to the Court as of November 02, 2024, when the government filed the final briefing in that matter. Dkt. 108.

2. On December 03, 2024, the Court denied the motion. Dkt. 113.

3. The parties have met and conferred via e-mail and request that the Court

   hold a status conference on February 13, 2025 at 9:00 a.m.  At that status conference, if the case has not resolved, the parties will be prepared to request a jury trial date.

4. Defense counsel for both defendants represent that they require additional time to continue their legal research; prepare potential pretrial motions; investigate potential resolutions to the case; and otherwise prepare for trial. Both defense counsel believe that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government does not object to the continuance.

6. Therefore, all parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Hernandez Guzman and Ms. Ayala Zamora in a speedy trial, and respectfully request the Court so to find.

7. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (the Speedy Trial Act), the parties agree and stipulate that:

   (i) The time between and including January 02, 2024 and November 02, 2024 was *automatically excluded* under 18 U.S.C. § 3161(h)(1)(D) (Local Code E) due to the pending defense motion, and that no additional Court finding or Order is required for that time period to be excludable;

   (ii) The 30-day time period between and including November 03, 2024 and December 02, 2024 was *automatically excluded* under 18 U.S.C. § 3161(h)(1)(H) (no Local Code), as the defense motion was actually under advisement by the Court during that time, and therefore no additional Court finding or Order is required for that time period to be excludable; and

      (iii)    All parties request that the time period between and including December 03, 2024 and February 13, 2025 be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the request of both defense counsel based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and both Mr. Hernandez Guzman and Ms. Ayala Zamora in a speedy trial.

The parties therefore respectfully request this Court to adopt the parties' stipulation as its Order.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 11, 2024

/s/ Christina Sinha
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
LUIS HERNANDEZ GUZMAN

Date: December 11, 2024

/s/ Olaf W. Hedberg
OLAF W. HEDBERG
Attorney for Defendant
FERNANDA AYALA ZAMORA

Date: December 11, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ James Conolly
JAMES CONOLLY
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  December 11, 2024         /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE