Jesse Ruiz, SBN 317772
Costen Ruiz Law
1200 Wilshire Blvd Ste #615
Los Angeles, CA 90017
Phone: 323-302-4801
Email: Court@CostenRuizLaw.com

*Attorney for Defendant*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
(HON. Honorable Daniel J. Calabretta)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> vs. <br><br> LUIS HERNANDEZ GUZMAN <br> Defendant. | ) <br> ) <br> ) <br> ) Case No.:  2:20-cr-00025-DJC-2 <br> ) <br> ) **ORDER** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Based on the reasons set forth in the Joint Motion filed on June 25, 2026, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the Conference status hearing currently set for July 02, 2026, be vacated and that a status conference be set for July 23, 2026, at 9:00 a.m.

Dated: 6/29/2026

/s/ Daniel J. Calabretta

Honorable Daniel J. Calabretta

United States District Judge

ORDER