Jesse Ruiz, SBN 317772
Costen Ruiz Law
1200 Wilshire Blvd Ste #615
Los Angeles, CA 90017
Phone: 323-302-4801
Email: Court@CostenRuizLaw.com

*Attorney for Defendant*

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LUIS HERNANDEZ GUZMAN,<br>Defendant. | Case No.: 2:20-cr-00025-DJC-1<br><br>**ORDER** |

Based on the reasons set forth in the Joint Motion filed on September 8, 2026, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently set for September 10, 2026, be vacated and continued to November 5, 2026, at 9:00 a.m., at which time the matter will be set for a Change of Plea, and that the period of time from September 10, 2026, through November 5, 2026, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: September 9, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE